CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>KYUNG HEE LEE, in individual and representative capacity as Trustee of The Kyung Hee Lee Family Revocable Living Trust UAD May 15, 1997;<br>EL POTRILLO MARKET, INC., a California Corporation<br><br>　　　Defendants. | **Case:** 2:20-cv-09136-DSF-KS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Kyung Hee Lee and El Potrillo Market, Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 15, 2020     CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　Attorney for Plaintiff